**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CHARLES ROGERS,          :    PRISONER CIVIL RIGHTS
    Plaintiff,          :    42  U.S.C. § 1983
                 :
    v.               :
                 :
MIKE ARCHEL, et al.,     :    CIVIL ACTION NO.
    Defendants.       :    1:13-CV-1058-WSD-JFK

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

The matter is before the Court because mail addressed to Plaintiff at his address of record was returned on April 25, 2013, marked as undeliverable – not in custody and unable to forward.  (Doc. 3).  As of May 14, 2013, Plaintiff has not notified the Court of his whereabouts.  Under Local Rule 41.2 C., "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ."  As this Court has no information regarding Plaintiff's whereabouts, it is **RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 15th day of May 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

2